UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELLA VINEYARDS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOMAINE DELLA DALE LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-00572-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 11, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 18, 2015.

DESIGNATION OF EXPERTS: 1/29/16; REBUTTAL: 2/29/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 1, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 29, 2016;
    Opp. Due: 5/13/16; Reply Due: 5/20/16;
    and set for hearing no later than June 3, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 26, 2016 at 3:30 PM.

Jury TRIAL DATE: August 8, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Corely for Settlement, The settlement conference shall occur by the end of June 2015.  If Judge Corley is not available, then the case shall be referred to another magistrate-judge who can schedule the conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/18/15

SUSAN ILLSTON
United States District Judge