Case 3:15-cv-00572-SI   Document 28   Filed 09/10/15   Page 1 of 2



1  HANSON BRIDGETT LLP
   GARNER K. WENG, SBN 191462
2  gweng@hansonbridgett.com
   CHRISTOPHER S. WALTERS, SBN 267262
3  cwalters@hansonbridgett.com
   JANIE LIN THOMPSON, SBN 291622
4  jthompson@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:   (415) 777-3200
6  Facsimile:   (415) 541-9366

7  Attorneys for Plaintiff
   ADELLA VINEYARDS, LLC
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADELLA VINEYARDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMAINE DELLA DALE LLC, a California limited liability company; DAVID W. HEJL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 15-cv-0572 SI<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that a complete resolution of all claims at issue in this case has been reached and the parties are in the process of finalizing their settlement agreement and completing necessary obligations. Plaintiff expects to be able to file a dismissal with prejudice of the entire action by no later than October 15, 2015. So owing, the parties respectfully request that the September 11, 2015 Further Case Management Conference be vacated and re-set for October 16, 2015, or a date thereafter that is convenient to the Court, so that the parties can finalize performance of the terms of their agreement and dismiss the action without need for expenditure of unnecessary resources

of the Court and the parties.

DATED: September 10, 2015       HANSON BRIDGETT LLP

By:    */s/ Christopher S. Walters*
GARNER K. WENG
CHRISTOPHER S. WALTERS
JANIE LIN THOMPSON
Attorneys for Plaintiff
ADELLA VINEYARDS, LLC

DATED: September 10, 2015       CARLE, MACKIE, POWER & ROSS LLP

By:    */s/ Richard C. O'Hare*
RICHARD C. O'HARE
JOHN B. DAWSON
Attorneys for Defendants
DOMAINE DELLA DALE LLC and DAVID W. HEJL

### **ATTESTATION CLAUSE**

I, Christopher S. Walters, am the ECF User whose ID and password are being used to file this JOINT NOTICE OF SETTLEMENT. In compliance with N.D. Local Rule 5-1(i)(3), I hereby attest that Richard C. O'Hare, attorney at Carle, Mackie, Power & Ross, LLP, concurred in this filing.

Dated: September 10, 2015       HANSON BRIDGETT LLP

By:    */s/ Christopher S. Walters*
Christopher S. Walters