*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
JANIE LIN THOMPSON, SBN 291622
jthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
ADELLA VINEYARDS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADELLA VINEYARDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMAINE DELLA DALE LLC, a California limited liability company; DAVID W. HEJL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 15-cv-0572 SI<br><br>**NOTICE OF DISMISSAL OF ACTION** |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their counsel of record, as follows:

WHEREAS, Plaintiff ADELLA VINEYARDS, LLC filed the operative Complaint on or about February 5, 2015 commencing the above-captioned action, and Defendants DOMAINE DELLA DALE LLC and DAVID W. HEJL filed their Answer on or about April 8, 2015;

WHEREAS, a resolution by settlement agreement has been reached between Plaintiff and Defendants;

WHEREAS, Plaintiff now wishes to voluntarily dismiss the above-captioned action with prejudice, and Defendants stipulate to said dismissal, with the parties to bear their own fees and costs borne to date;

IT IS, THEREFORE, HEREBY STIPULATED by the parties, through their attorneys of record, that this action is to be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: October 9, 2015     HANSON BRIDGETT LLP

By:     /s/ Christopher S. Walters
GARNER K. WENG
CHRISTOPHER S. WALTERS
JANIE LIN THOMPSON
Attorneys for Plaintiff
ADELLA VINEYARDS, LLC

DATED: October 9, 2015     CARLE, MACKIE, POWER & ROSS LLP

By:     /s/ Richard C. O'Hare
RICHARD C. O'HARE
JOHN B. DAWSON
Attorneys for Defendants
DOMAINE DELLA DALE LLC and DAVID W. HEJL

**ATTESTATION CLAUSE**

I, Christopher S. Walters, am the ECF User whose ID and password are being used to file this NOTICE OF DISMISSAL OF ACTION. In compliance with N.D. Local Rule 5-1(i)(3), I hereby attest that Richard C. O'Hare, attorney at Carle, Mackie, Power & Ross, LLP, concurred in this filing.

Dated:  October 9, 2015     HANSON BRIDGETT LLP

By:   /s/ Christopher S. Walters
Christopher S. Walters